MICHAEL COSENTINO, State Bar No. 83253
Attorney at Law
P.O. Box 129
Alameda, CA  94501
Tele:  510-523-4702

Attorney for the Plaintiff
United States of America

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | |
| Plaintiff, | Case No. CV 08-2503 SLM |
| vs. | |
| | DISMISSAL WITH PREJUDICE |
| KIMBERLY BONNAHA aka KINBERLY M. BONNAHA aka KIM CAVAGNA aka KIMBERLY M. CAVAGNA | Rule 41(a) FRCP |
| Defendant(s). | |

TO THE CLERK OF THE ABOVE ENTITLED COURT:

The claim herein having been compromised, you are hereby authorized and directed to enter herein a Dismissal With Prejudice.

Dated: July 11, 2008

                                        S/S
By:  MICHAEL COSENTINO
Attorney for the Plaintiff
United States of America